## NEILSON V. HOLSTEIN.

An appeal will be dismissed where the abstract fails to show when, or from what action of the trial court, it is taken, and contains no assignment of errors, as required by the rules of the supreme court.

(Opinion filed August 29, 1900.)

Appeal from circuit court, Lawrence county.   Hon. A. J. PLOWMAN, Judge.

Action by Peter Neilson against Adolph Holstein in justice court.  An appeal by defendant to the circuit court from a

judgment for plaintiff was dismissed, and defendant appeals. Dismissed.

*Chas. E. Davis,* for appellant.

*Frawley & Laffey,* for respondent.

HANEY, J. This appears to be an appeal from an order of the circuit court dismissing an appeal to that court from a judgment rendered by a justice of the peace, although the abstract does not state when, or from what, the appeal to this court was taken, nor does the abstract contain any assignments of error, as required by the rules of this court. The appeal is dismissed. Rules 12 and 27.